

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                          |     |                            |
|--------------------------|-----|----------------------------|
|                          | §   |                            |
| JOSE LUIS MORENO,        | §   | No. 08-18-00179-CR         |
| Appellant,               | §   | Appeal from the            |
| v.                       | §   | County Court at Law No. 2  |
| THE STATE OF TEXAS,      | §   | of El Paso County, Texas   |
| State.                   | §   | (TC# 20170C06110)          |
|                          | §   |                            |

## **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until **March 6, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Rafael Salas, the Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before March 6, 2019.

IT IS SO ORDERED this 4th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.